IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

NATHAN R. GONINAN,

                Plaintiff,

   v.

LT. DOUG COX, et al.,

                Defendants.

Civil No. 09-728-TC

O R D E R

     Magistrate Judge Coffin filed his Findings and Recommendation on October 19, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

     THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

     Dated this  12  day of November, 2010.

                                           /s/ Ann Aiken
                                Ann Aiken, United States District Judge

Order -- Page 1